UNITED STATES BANKRUPTCY COURT
District of Maine

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re:

Russell L. Glidden                              Chapter 13
                                                Case No. 14-20800

               Debtors
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

D. Me. L.B.R. 3015-3(a) requires the debtor to obtain a hearing date and to notice a hearing on confirmation of the chapter 13 plan within 14 days following the conclusion of the §341 meeting. In this case, the §341 meeting was scheduled for 11/21/2014. On 12/8/14 and again on 2/10/15 an Order to Show Cause was entered for failure to schedule a hearing on confirmation. The meeting of creditors was continued on 12/11/14, 1/7/15, 2/12/15, 4/2/15, 4/16/15 and 5/29/15. To date, the debtor has not noticed a hearing on confirmation. It is, therefore,

**ORDERED**

that this case shall be dismissed for failure to prosecute without further notice or hearing unless, within 14 days of this date, the debtor notices a hearing on confirmation or otherwise moves for an enlargement of time.

Dated: June 1, 2015                    /s/ Peter G. Cary
                                       Honorable Peter G. Cary
                                       U.S. Bankruptcy Judge