UNITED STATES BANKRUPTCY COURT
District of Maine

In the matters of

| | |
|---|---|
| KEVIN A. FALLEN | Chapter 13 |
| SUNDAE D. FALLEN | Case # 14-20077 |
| Debtors | |
| | |
| RUSSELL L. GLIDDEN | Chapter 13 |
| Debtor | Case # 14-20800 |

O R D E R

THIS MATTER came before the court on the trustee's motion to disqualify J. Scott Logan, Esq. as counsel for the debtor in each of the above-captioned cases. By agreement of counsel and for good cause shown, it is hereby ORDERED

1/    Attorney Logan may continue to represent the debtors in Case # 14-20077.

2/    Attorney Logan shall withdraw from representation in Case # 14-20800 on or before July 27, 2015.

3/    On or before 4:30 PM on Monday, July 27, 2015, Case # 14-20800 shall be dismissed unless either (a) the debtor enters his appearance on the docket *pro se*, or (b) new counsel for the debtor enters her or his appearance on the docket.

4/    Applications for fees in the above-captioned cases shall be reviewed in the ordinary course.

Date:

------------------------------------------------------
PETER G. CARY, Judge
United States Bankruptcy Court