UNITED STATES BANKRUPTCY COURT
District of Maine

In the matter of

| RUSSELL L. GLIDDEN | Chapter 13 |
|---|---|
| <u>Debtor</u> | Case # 14-20800 |

<u>O R D E R</u>

THIS MATTER came before the court on the trustee's motion to disqualify J. Scott Logan, Esq., as counsel for the debtor. By agreement of counsel and for good cause shown, it is hereby ORDERED:

1/    Attorney Logan shall withdraw from representation of the debtor, effective on or before July 27, 2015.

2/    Any application for fees shall be reviewed in the ordinary course.

Date:

_____
PETER G. CARY, Chief Judge
United States Bankruptcy Court